

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JIMORTHY WONG,<br><br>                            Plaintiff,<br><br>v.<br><br>HERON THERAPEUTICS, INC., et al.,<br><br>                            Defendant. | Case No.:  19cv1038-LAB (LL)<br><br>**ORDER GRANTING IN PART JOINT MOTION FOR EXTENSION OF TIME TO ANSWER** |

For good cause shown, the joint motion for extension of time to answer (Docket no. 18) is **GRANTED IN PART**.  The joint motion was based on the parties' belief that other related putative class actions would be filed in this Court. However, as of today it does not appear any related cases have been filed.

If no related actions have been filed or transferred in by the time the Court appoints a lead Plaintiff, Defendants shall answer within **ten court days of the date the appointment order is issued**.

If other related actions are filed or transferred in, the parties shall promptly file a notice of related case in the docket in this case, and may file a renewed joint motion for extension of time for Defendants to answer that takes into account the possible need to file a consolidated amended complaint.  Defendants may seek an

19cv1038-LAB (LL)

extension of time to answer in other related cases from the judges assigned to those cases.

The parties are reminded that proposed orders should be submitted by email in editable electronic format, not filed in the docket.  *See* Electronic Case Filing Administrative Policies and Procedures Manual, § 2(h).

Dated:  September 27, 2019

Honorable Larry Alan Burns
Chief United States District Judge

2