UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JIMORTHY WONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HERON THERAPEUTICS, INC., BARRY D. QUART and ROBERT E. HOFFMAN,<br><br>Defendants. | Case No.  19-cv-1038-LAB-LL<br><br>**ORDER RE: JOINT SCHEDULING MOTION**<br><br>Class Action |

1.

The parties' joint motion for an Order setting a schedule for the filing of an Amended Complaint is **GRANTED IN PART**.

1.      Within 60 days following its appointment as Lead Plaintiff, the Heron Investor Group will file an Amended Complaint;

2.      Within 45 days of the filing of the Amended Complaint, Defendants shall answer or otherwise respond;

3.      The parties' request to pre-set a briefing schedule on any motion to dismiss that may be filed is premature and would interfere with the Court's normal calendaring of hearings as provided for in Civil Local Rule 7.1. Their goal of ensuring that Plaintiffs have adequate time to prepare file an opposition can easily be met in other ways, such as requesting a later hearing date. *See* Civil Local Rule 7.1(b) and (e)(1).

**IT IS SO ORDERED.**

Dated:  October 8, 2019, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge

ORDER RE JT. SCHEDULING MOTION
3:19-CV-01038-LAB-LL