1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   JIMMY JIMORTHY WONG, et al.          Case No.:  19cv1038-LAB (LL)

12                          Plaintiffs,   **ORDER OF DISMISSAL**

13   v.

14   HERON THERAPEUTICS, INC., et
     al.,
15
                            Defendants.
16

17

18          Lead Plaintiff, the Heron Investor Group, has filed a notice of voluntary

19   dismissal without prejudice.  No Defendant has filed an answer or a motion for

20   summary judgment. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED**

21   **WITHOUT PREJUDICE**.

22

23   Dated:  November 22, 2019

24
     _____
25   Honorable Larry Alan Burns
     Chief United States District Judge
26

27

28


                                    1